IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DESHAWN LAMARR BATES,

    Petitioner,

  v.

Case No. 17-cv-288-wmc

LOUIS WILLIAMS, II

    Respondent.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Dashawn Bates' petition for writ of habeas corpus under 28 U.S.C. § 2241.

| /s/ | 11/1/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |